UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACOB M. CRAWFORD                                         CIVIL ACTION

VERSUS                                                    NO. 10-3347

STATE OF LOUISIANA                                        SECTION: "B"(3)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Jacob M. Crawford** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 28th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE